33486. WEST VIEW CORPORATION et al. v. DAILEY.
33487. WEST VIEW CORPORATION v. DANIEL.
33488. WEST VIEW CORPORATION v. JONES.

FELTON, J. These cases are controlled by the ruling in *West View Corporation* v. *Alexander,* ante.

Judgments affirmed. *Sutton, C.J., and Worrill, J., concur.*

DECIDED MAY 4, 1951.

*John L. Westmoreland, John L. Westmoreland Jr., J. Ralph McClelland,* for plaintiffs in error.
*Cullen M. Ward, McLennan & Cook,* contra.